UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIA LA ROSA et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES et al., <br><br> Defendants. | Case No.: 23cv00765-L-BGS <br><br> **ORDER OF DISMISSAL** <br><br> **[ECF No. 91]** |

This putative class action alleging false advertising was initially filed in the United States District Court for the Eastern District of New York as case no. 22-cv-5435-NRM-JRC. On April 26, 2023, the New York Court granted Defendant Walmart, Inc.'s motion to sever the claims bought against it by Plaintiff Stephanie Morales and transfer them to this District, as personal jurisdiction over Walmart was lacking in New York. (*See* Order entered Apr. 26, 2023, regarding ECF Nos. 68 and 69.) The Court ordered:

> The Clerk of Court is respectfully directed to terminate Defendant Walmart, Inc. in this matter and transfer the claims as to Defendant Walmart, Inc. to the Southern District of California.

(*Id.*) Nevertheless, the entire case comprising numerous other claims and parties was transferred to this District apparently in error.

/ / / / /

1  Based on the foregoing, on May 9, 2023, this Court issued an Order to Show Cause (ECF no. 91, "OSC") why all claims, except for claims brought by Stephanie Morales against Walmart, Inc., should not be dismissed without prejudice to proceeding in the United States District Court for the Eastern District of New York. On May 23, 2023, Plaintiffs and Defendant Walmart, Inc. timely responded (ECF no. 92) to the OSC confirming that except for Stephanie Morales's claims against Walmart, the action was transferred to this District in error. The claims transferred in error continue to be litigated in the Eastern District of New York.

Accordingly, all parties except for Plaintiff Stephanie Morales and Defendant Walmart, Inc. are hereby **DISMISSED WITHOUT PREJUDICE** to continuing to litigate this action in the United States District Court for the Eastern District of New York.

**IT IS SO ORDERED.**

Dated: May 30, 2023

_____
Hon. M. James Lorenz
United States District Judge